UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                        HONORABLE PATRICK J. DUGGAN

  v.

                        No. 09-20630

ERIC HIGGINS,

        Defendant.
_____/

PLEA HEARING

Detroit, Michigan --  Tuesday, August 31, 2010

APPEARANCES:

| | |
|---|---|
| Steven P. Cares, Esq. | Steven L. Simasko, Esq. |
| U.S. Attorney's Office | Attorney At Law |
| 211 W. Fort Street, #2001 | 822 Tenth Avenue |
| Detroit MI 48226 | Port Huron, MI 48060 |
| Tel: (313) 226-9100 | Tel: (810) 987-1645 |
| steven.cares@usdoj.gov | On behalf of Defendant |
| On behalf of Plaintiff | |

- - -

To Obtain A Certified Transcript, Contact:
**Nefertiti A. Matthews, Official Court Reporter
Theodore Levin United States Courthouse
231 West Lafayette Boulevard, Room 867
Detroit, Michigan  48226
www.transcriptorders.com • jodi_matthews@mied.uscourts.gov**

Proceedings recorded by mechanical stenography.
*Transcript produced by computer-aided transcription.*

**Plea Hearing**
**Tuesday, August 31, 2010**

# I  N  D  E  X

- - -

PLEA HEARING:                                          PAGE:   VOL:

**ERIC HIGGINS**

Examination By Mr. Cares  ........................7     1


Certification of Reporter ......................11

*09-20630; United States of America v. Eric Higgins*

```
 1                         Detroit, Michigan
 2                         Tuesday, August 31, 2010
 3                         2:04 p.m.
 4                              -  -  -
 5          THE CLERK:  Criminal action number 09-20630,
 6   United States versus Eric Higgins.
 7          MR. CARES:  Good afternoon, Your Honor.  Steven
 8   Cares, appearing on behalf of the United States.
 9          MR. SIMASKO:  Steven Simasko, on behalf of the
10   defendant, Eric Higgins, who stands to my right.
11          THE COURT:  Switch places.
12          MR. SIMASKO:  Certainly.
13          THE COURT:  What is your name, sir?
14          THE DEFENDANT:  My name is Eric Higgins.
15          THE COURT:  Mr. Higgins, it's my understanding you
16   appear here today charged with the crime of possession
17   of child pornography?
18          THE DEFENDANT:  That's right.
19          THE COURT:  You understand that carries with it a
20   maximum penalty of ten years in prison?
21          THE DEFENDANT:  Yes, sir.
22          THE COURT:  And a maximum fine of $250,000?
23          THE DEFENDANT:  Yes, sir.
24          THE COURT:  You understand at this point you're
25   presumed innocent and you have a right to contest this
```

1         charge?
2              **THE DEFENDANT:**  Yes, sir.
3              **THE COURT:**  If you should contest the charge and
4         request a trial, that trial could be with a Judge or
5         jury, you know that?
6              **THE DEFENDANT:**  Yes, sir.
7              **THE COURT:**  If you had a trial, the Government
8         would have to prove your guilt, beyond a reasonable
9         doubt, through the sworn testimony of witnesses called
10        to this witness stand?
11             **THE DEFENDANT:**  Yes, sir.
12             **THE COURT:**  And do you know that any witnesses
13        called by the Government could be questioned by you or
14        your lawyer?
15             **THE DEFENDANT:**  Yes, sir.
16             **THE COURT:**  Do you know that you have a right to
17        call witnesses on your own behalf?
18             **THE DEFENDANT:**  Yes, sir.
19             **THE COURT:**  You know you have a right to testify
20        on your own behalf?
21             **THE DEFENDANT:**  Yes, sir.
22             **THE COURT:**  You also know that if you had a trial,
23        you could decide not to testify.  If you chose not to
24        testify, the fact that you are not testifying, could
25        not, in any way, be used against you?

1    **THE DEFENDANT:** Yes, sir.

2    **THE COURT:** Even if you can't afford a lawyer, the
3    Court will appoint one for you, you understand that?

4    **THE DEFENDANT:** Yes, sir.

5    **THE COURT:** Knowing you have all those rights, is
6    it your desire to give up those rights and to plead
7    guilty to this charge?

8    **THE DEFENDANT:** Yes, sir.

9    **THE COURT:** I have before me a Rule 11 Plea
10   Agreement, which appears to have your signature on page
11   eight.  Is that, in fact, your signature?

12   **MR. SIMASKO:** I'm looking for the signature page.

13   **THE DEFENDANT:** Yes, sir, page eight.

14   **THE COURT:** Did you review this entire plea
15   agreement with your lawyer?

16   **THE DEFENDANT:** I did, sir.

17   **THE COURT:** Do you understand all the terms and
18   conditions of this plea agreement?

19   **THE DEFENDANT:** I do, sir.

20   **THE COURT:** I'm not going through the entire
21   agreement, but I do notice at page three it says, "An
22   agreed guideline range of 37 to 46 months", is that
23   your understanding?

24   **THE DEFENDANT:** Yes, I understand that.

25   **THE COURT:** I also note that on page four of your

*09-20630; United States of America v. Eric Higgins*

| | |
|---|---|
| 1 | sentence it says that, "The Government makes a |
| 2 | non-binding recommendation that the sentence of |
| 3 | imprisonment be no more than 46 months", is that your |
| 4 | understanding? |
| 5 | **THE DEFENDANT:** Yes, sir. |
| 6 | **THE COURT:** I'm not going through the other terms |
| 7 | and conditions of this plea agreement because you've |
| 8 | said you read them and had discussed them with your |
| 9 | lawyer.  Other than this agreement, have you made any |
| 10 | other agreement with anybody in order to talk you into |
| 11 | pleading guilty? |
| 12 | **THE DEFENDANT:** No, sir. |
| 13 | **THE COURT:** Anyone forcing you or threatening you |
| 14 | to plead guilty? |
| 15 | **THE DEFENDANT:** No, sir. |
| 16 | **THE COURT:** Are you pleading guilty freely and |
| 17 | voluntarily? |
| 18 | **THE DEFENDANT:** I am, sir. |
| 19 | **THE COURT:** Are you pleading guilty because you |
| 20 | believe you are guilty of this offense? |
| 21 | **THE DEFENDANT:** Yes, sir. |
| 22 | **THE COURT:** Mr. Cares, please advise the Court and |
| 23 | the defendant of the elements of the crime that must be |
| 24 | established. |
| 25 | **MR. CARES:** Yes, Your Honor.  Thank you. |

*09-20630; United States of America v. Eric Higgins*

1       As set forth on page two of the Rule 11 Plea
2       Agreement, the elements are generally that the
3       defendant possessed an item or images of child
4       pornography.  Number two, that these images had been
5       transported or received in interstate commerce, which
6       includes by use of the internet.  And number three, at
7       the time the defendant possessed these images, he
8       believed that such items substituted child pornography.
9            **THE COURT:**  Please, make inquiry of the defendant
10      to establish a factual basis.
11                         **EXAMINATION**
12   **BY MR. CARES:**
13   **Q.**   Mr. Higgins, is it true that on or about June 8th,
14        2009, you were interviewed by Special Agent Christina
15        Nutt from the Department of Homeland Security Office?
16   **A.**   Yes, I was.
17   **Q.**   And on or about that date you turned over your
18        computer -- one of your computers to that Special
19        Agent, is that true?
20   **A.**   That is true.
21   **Q.**   And on that computer there contained images of child
22        pornography, is that true?
23   **A.**   Yes that's what was found on there.
24   **Q.**   And those images were received by you using the
25        internet; is that correct?

1   **A.**   That is correct.
2   **Q.**   And you possessed those images knowing that they were,
3          in fact, child pornography, is that true?
4   **A.**   Yes.
5   **Q.**   And this occurred -- the interview and your possession
6          of the computer occurred at your apartment which is in
7          Clyde, Michigan?
8   **A.**   In my home, yes.
9               **THE COURT:**  Clyde, Michigan?
10              **MR. SIMASKO:**   St. Clair County, Michigan, Your
11         Honor.
12              **THE COURT:**  Eastern District?
13              **MR. CARES:**  Yes, Your Honor.
14              **THE COURT:**  And approximately when did this take
15         place?
16  **BY MR. CARES**, CONTINUING:
17  **Q.**   This took place on or about June 8th, 2009; is that
18         right?
19  **A.**   Yes.
20              **THE COURT:**  You understand that if I accept this
21         plea, I'm going to refer the matter to the probation
22         department for presentence report?
23              **THE DEFENDANT:**  Yes, sir.
24              **THE COURT:**  Based on the information in that
25         report, I'll then proceed to what I think should be the

*09-20630; United States of America v. Eric Higgins*

1   appropriate sentence, do you understand that?
2         **THE DEFENDANT:**  I do, sir.
3         **THE COURT:**  All right.  The Court does hereby
4   accept the plea of guilty.  The Court is satisfied that
5   it is freely and voluntarily made and that there's a
6   factual basis for such plea.  The Court refers the
7   matter to the probation department for a presentence
8   report.
9         Any objection to self reporting?
10        **MR. CARES:**  No objection, Your Honor.  If I may
11  state something more before we conclude?
12        **THE COURT:**  Sure.
13        **MR. CARES:**  The defense counsel has asked that I
14  put this forth on the record.  The Court indicated and
15  as reflected in the Rule 11 Plea Agreement, there is no
16  dispute between the parties with respect to the
17  guideline range that will be considered by the
18  probation department and considered then by the Court.
19        The defendant has asked that he be permitted,
20  which he is permitted by law, to argue for a variance
21  under 3553(a).  I just state that the Government
22  acknowledges that he may make that argument for a
23  sentence below the guideline range.
24        **THE COURT:**  All right. No objection to bond being
25  continued?

*09-20630; United States of America v. Eric Higgins*

**Examination By Mr. Cares**
**Tuesday/August 31, 2010**                            10

1          **MR. CARES:**  Correct, Your Honor, no objection.
2          **THE COURT:**  So ordered.  Court is in recess.
3          **MR. SIMASKO:**  Thank you, Judge.
4       (Whereupon proceedings concluded at 2:11 p.m.)
5                          -   -   -
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*09-20630; United States of America v. Eric Higgins*

- - -

# C E R T I F I C A T I O N

I, Nefertiti A. Matthews, official court reporter for the United States District Court, Eastern District of Michigan, Southern Division, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a correct transcript of the proceedings in the above-entitled cause on the date hereinbefore set forth.

I do further certify that the foregoing transcript has been prepared by me or under my direction.

Date: September 30, 2010

s:/Nefertiti A. Matthews
Nefertiti A. Matthews,
Official Court Reporter

- - -

*09-20630; United States of America v. Eric Higgins*