UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                      Case No. 2:09−cr−20630−PJD−VMM
                                              Hon. Patrick J Duggan

Eric Higgins,

                    Defendant(s).

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: **Eric Higgins**

The defendant(s) shall appear before the Honorable Patrick J Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  1/25/11 at 02:30 PM

### Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                          By: s/ M. Orem
                                                               Case Manager

Dated:   December 22, 2010